```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 04 B 10843
   SUSAN L LAKICS
   ERNIE L LAKICS                             CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-3867      SSN XXX-XX-1884

----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/09/04 and confirmed on 12/15/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  47520.36 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 16512.00 | 1341.98 | 16512.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 326.81 | .00 | 326.81 |
| NCM TRUST | UNSECURED | 4822.68 | .00 | 2476.41 |
| BECKET & LEE LLP | UNSECURED | 360.04 | .00 | 184.88 |
| ANNA LAKICS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE DELAWARE | UNSECURED | 2385.46 | .00 | 1224.92 |
| BANK ONE DELAWARE | UNSECURED | 17579.02 | .00 | 9026.71 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHARLENE ZEGLALO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITGO PETROLEUM | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMPREHENSIVE NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6185.72 | .00 | 3176.33 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PREMIER BANKCARD/CHARTER | UNSECURED | 328.09 | .00 | 168.47 |
| GREG BERTONE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LOUIS BERTONE | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDENT BANK | UNSECURED | NOT FILED | .00 | .00 |

```
ECAST SETTLEMENT CORPORA UNSECURED       488.70              .00        250.94
SEARS BKRUPTCY RCVRY MGM UNSECURED     NOT FILED             .00           .00
SHELL OIL CO             UNSECURED     NOT FILED             .00           .00
THE CREDIT CARD CTR      UNSECURED     NOT FILED             .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE   375.00              .00        375.00
PORTFOLIO RECOVERY ASSOC UNSECURED      7680.37              .00       3943.82
ECAST SETTLEMENT CORPORA UNSECURED      1043.48              .00        535.82
FORD MOTOR CREDIT CO     UNSECURED      8757.72              .00       4497.03
          Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16887.00       326.81     49631.28         .00     66845.09
PRINCIPAL PAID      16887.00       326.81     25485.33         .00     42699.14
INTEREST PAID        1341.98          .00          .00         .00      1341.98
TOTAL PAID          18228.98       326.81     25485.33         .00     44041.12
```

The Debtor's attorney, BERNARD A SCHLOSSER          , was allowed $  1500.00
and was paid $   1500.00 .

The Trustee received $   1978.88 .

Refunds to the Debtor totaled $        .36 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/09/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 10843 SUSAN L LAKICS & ERNIE L LAKICS